UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

EL TALLA TRADING, INC.,
a Florida corporation,

    Plaintiff,                    Case No. 09-62004-C8V-ZLOCH/ROSENBAUM

v.

SANDHILLS PUBLISHING COMPANY,
d/b/a MACHINERY TRADER,
a Nebraska corporation,

    Defendant.
_____/

## SPC's CORPORATE DISCLOSURE STATEMENT

Defendant, Sandhills Publishing Company d/b/a Machinery Trader ("SPC"), hereby files its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1(a). SPC has no parent corporation and no publicly held corporation owns ten percent or more of its stock.

                                            Respectfully submitted;

                                            CLARKE SILVERGLATE & CAMPBELL, P.A.

                                      By:   **s/Craig Salner**
                                                 Spencer H. Silverglate
                                                 Florida Bar No. 769223
                                                 ssilverglate@csclawfirm.com
                                                 Craig Salner
                                                 Florida Bar No. 669695
                                                 csalner@csclawfirm.com
                                                 799 Brickell Plaza, 9th Floor
                                                 Miami, Florida  33131
                                                 Telephone:  (305) 377-0700
                                                 Telecopier:  (305) 377-3001

                                                 Attorneys for Defendant

CASE NO. 09-62004-C8V-ZLOCH/ROSENBAUM

Sandhills Publishing Company,
d/b/a Machinery Trader

### CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on the persons listed below via transmission of Notices of Electronic Filing generated by CM/ECF or mail as indicated below.

John J. Hanson
John J. Hanson, P.A.
E-mail: jjhanson@me.com
320 Southeast Tenth Court
Fort Lauderdale, FL  33316
Telephone:  (954) 514-9292
Facsimile:  (954) 514-9293
*Attorneys for Plaintiff*
via CM/ECF

Robert W. Stickney, Esq.
Robert W. Stickney, P.A.
E-mail: rwstickney@yahoo.com
One Financial Plaza
100 S.E. 3rd Avenue, Suite 2510
Fort Lauderdale, FL  33394
Telephone:  (954) 767-8908
Facsimile:  (954) 767-8938
*Attorneys for Plaintiff*
via CM/ECF

CLARKE SILVERGLATE & CAMPBELL, P.A.

By:   s/Craig Salner
      Craig Salner

1017-1/303285