UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-62004-C8V-ZLOCH/ROSENBAUM

EL TALLA TRADING, INC.,
a Florida corporation,

    Plaintiff,

v.

SANDHILLS PUBLISHING COMPANY,
d/b/a MACHINERY TRADER,
a Nebraska corporation,

    Defendant.
_____/

### SPC'S NOTICE OF CLARIFICATION REGARDING OBJECTIONS IN RESPONSE TO PLAINTIFF'S NOTICE OF CORPORATE REPRESENTATIVE DEPOSITION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(B)(6)

Defendant, Sandhills Publishing Company, d/b/a Machinery Trader ("SPC"), having received Plaintiff's Response to SPC's Objections in Response to Plaintiff's Notice of Corporate Representative Deposition Pursuant to Federal Rule of Civil Procedure 30(B)(6) (D.E. 21), hereby files this Notice of Clarification to confirm that it has not sought any relief from the Court at this time. SPC was following the appropriate procedure outlined in New World Network, Ltd. v. M/V Norwegian Sea, 2007 WL 1068124 (S.D. Fla. April 6, 2007), for objecting to proposed Rule 30(b)(6) deposition topics. SPC apologizes for any confusion it may have caused by filing such objections with the Court.

CASE NO. 09-62004-C8V-ZLOCH/ROSENBAUM

Respectfully submitted;

CLARKE SILVERGLATE & CAMPBELL, P.A.

By:   **s/Craig Salner**
     Spencer H. Silverglate
     Florida Bar No. 769223
     ssilverglate@csclawfirm.com
     Craig Salner
     Florida Bar No. 669695
     csalner@csclawfirm.com
     799 Brickell Plaza, 9th Floor
     Miami, Florida 33131
     Telephone: (305) 377-0700
     Telecopier: (305) 377-3001

CASE NO. 09-62004-C8V-ZLOCH/ROSENBAUM

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on the persons listed below via transmission of Notices of Electronic Filing generated by CM/ECF or mail as indicated below.

John J. Hanson
John J. Hanson, P.A.
E-mail: jjhanson@me.com
320 Southeast Tenth Court
Fort Lauderdale, FL  33316
Telephone:  (954) 514-9292
Facsimile:  (954) 514-9293
*Attorneys for Plaintiff*
via CM/ECF

Robert W. Stickney, Esq.
Robert W. Stickney, P.A.
E-mail: rwstickney@yahoo.com
One Financial Plaza
100 S.E. 3rd Avenue, Suite 2510
Fort Lauderdale, FL  33394
Telephone:  (954) 767-8908
Facsimile:  (954) 767-8938
*Attorneys for Plaintiff*
via CM/ECF

CLARKE SILVERGLATE & CAMPBELL, P.A.

By:   s/Craig Salner
      Craig Salner