Page 1

1              UNITES STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
2

3        CASE NO.:   09-62004-C8V-ZLOCH/ROSENBAUM

4

5    EL TALLA TRADING, INC.,
     a Florida corporation,
6

               Plaintiff,
7

     v.
8

     SANDHILLS PUBLISHING COMPANY,
9    d/b/a MACHINERY TRADER,
     a Nebraska corporation,
10

               Defendant.
11   _____/

12                     2525 North State Road 7
                       Suite 220
13                     Hollywood, Florida
                       Tuesday, 10:00 a.m. - 1:06 p.m.
14                     July 6, 2010

15

16

17
               DEPOSITION OF MAHMOUD EL TALLA
18

19

20

21         Taken on behalf of the Defendant before
22   SUSAN MATOS, Court Reporter, Notary Public in and
23   for the State of Florida at Large, pursuant to
24   Defendant's Notice of Taking Deposition in the above
25   cause.

EXHIBIT
A

1      A.   Yes, sir.

2      Q.   The other two you negotiated on your own

3  with MSR?

4      A.   Yes, sir.

5      Q.   Was that over the phone or by e-mail?

6      A.   Over the phone.

7      Q.   Was that with a gentleman named Sidney

8  Vincent?

9      A.   Yes, sir.

10      Q.   Or a gentleman who identified himself as

11  Sidney Vincent?

12      A.   Sidney Vincent, yes, sir.

13      Q.   And you wired money for all three pieces

14  of equipment; is that right?

15      A.   Yes, sir.

16      Q.   That was $108,880?

17      A.   Yes, sir.

18      Q.   And you received no equipment in return?

19      A.   Yes, sir.

20      Q.   Now, the piece of equipment listed by MSR

21  on Machinery Trader.com was a used 1990 Caterpillar

22  966E?

23      A.   Yes, sir.

24      Q.   That's a wheel loader?

25      A.   Yes, sir.

Page 8

1    Q.   It was listed for $49,850.

2    A.   Yes, sir.

3    Q.   Did you negotiate that price down at all

4  with MSR?

5    A.   I think 1,000 down with dismantling the

6  machine and brought in the container it was

7  50,000-and-something.

8    Q.   So you negotiated it down?

9    A.   Yeah, down $1,000, yes, sir.

10   Q.   The other two pieces of equipment totaled

11  close to $60,000.

12   A.   Yes, sir.

13   Q.   Just to be clear, but in this case, even

14  though only one of the pieces of equipment was

15  listed on Machinery Trader, you're attempting to

16  hold Machinery Trader responsible for the cost of

17  all three pieces of equipment; is that right?

18   A.   Yes, sir.

19   Q.   Even though two of them were not even

20  listed on our website.

21   A.   Yes, sir.

22   Q.   You're the vice president of El Talla,

23  Trading, Inc.?

24   A.   Yes, sir.

25   Q.   And Suha El Talla is the president?

Page 9

1      A.    Yes, sir.

2      Q.    Is that pronounced right, Suha?

3      A.    Suha, yes.

4      Q.    Who is Suha?

5      A.    My wife.

6      Q.    Does El Talla Trading have an office or do

7  you work out of your home?

8      A.    I work at my home, my office at my home.

9      Q.    Is it 2241 Southwest 164th Avenue in

10  Miramar, that's your home address?

11      A.    Yes, sir.

12      Q.    How many employees does El Talla Trading

13  have?

14      A.    Just me and my wife on running the

15  company.

16      Q.    You have no other employees.

17      A.    The company gas station is running by

18  different people.  I mean, they're running the

19  business for me.

20      Q.    Did you say a gas station?

21      A.    The company under El Talla, it has a gas

22  station running, you know, but that company's under

23  my wife and my wife name.  But they don't do

24  anything, this is just what I do.

25      Q.    I'm a little confused, so let's kind of

Page 12

1    from rent payments.

2         A.   Yes, sir.

3         Q.   And from equipment trading.

4         A.   Yes, sir.

5         Q.   The customers who purchase the equipment

6    that you sell, are they overseas?

7         A.   Yes, sir.

8         Q.   Are they all overseas?

9         A.   Yes, sir.

10        Q.   Where specifically?

11        A.   Egypt.

12        Q.   Exclusively Egypt?

13        A.   Yes, sir.

14        Q.   Does El Talla have any relationships,

15   either contractual or otherwise, with other persons

16   or companies who help you sell the goods?

17        A.   No.

18        Q.   So you buy equipment in the United States

19   and you sell them in Egypt, correct?

20        A.   Yes, sir.

21        Q.   I assume you're able to sell the equipment

22   for a higher price in Egypt than you're able to buy

23   them for in the United States.

24        A.   Yes, sir.

25        Q.   So your entire business, aside from this

Page 13

1   rent issue, is essentially to take advantage of two

2   different markets.  You buy cheap in one market and

3   you sell high in another market.

4        A.   Yes, sir.

5        Q.   Your company was started in 1997.

6        A.   I think '98, '97 I formed the corporation.

7        Q.   Right.  You filed the paperwork.

8        A.   Yes, '97, yes, sir.

9        Q.   I noticed in the documents that you

10   produced from your attorneys that the documents

11   related to purchases of heavy equipment, they're

12   almost exclusively dated in 2009.  I saw one or two

13   that were from 2008, but that's it.  And I had asked

14   for five years worth of supporting documents.  Can

15   you explain why there was no documents from '07,

16   '06, '05?

17        A.   I just started this business about a year,

18   that's it.

19        Q.   So you just started this business about a

20   year.

21        A.   Yes.

22        Q.   So you formed the company in '98.

23        A.   Yes.

24        Q.   But you just started equipment trading.

25        A.   The equipment trading, one year.  I tried

Page 14

1   the end of '98 -- 2008 and tell you what happened --

2   11/2009.

3       Q.   And what was El Talla doing for the first

4   ten years?

5       A.   Just the gas station.

6       Q.   Just owning that property?

7           MR. HANSON:  No.  You didn't hear his

8       answer, repeat your answer.

9           THE WITNESS:  Just the gas station.

10  BY MR. SALNER:

11      Q.   What is Suha's role with the company?

12      A.   She's just the president of the company.

13  She doesn't do anything.

14      Q.   It's just a total figurehead, really no

15  actual --

16      A.   No.  I mean, she's the president, I'm the

17  vice president and I run the company.

18      Q.   Why do you even have her as an officer?

19      A.   We partners in everything, me and my wife.

20      Q.   You handle all the equipment acquisitions.

21      A.   Yes, sir.

22      Q.   And all the equipment sales.

23      A.   Yes, sir.

24      Q.   Let's talk a little bit about my client's

25  website.  You purchased heavy equipment through

Page 15

1    Machinery Trader.com, correct?

2         A.   Yes, sir.

3         Q.   And you do so regularly.

4         A.   Yes, sir.

5         Q.   In fact, you do so nearly exclusively.   I

6    think your discovery response says that there was

7    one purchase that was word-of-mouth but every other

8    purchase was though Machinery Trader.com; is that

9    right?

10        A.   Not word of mouth, through a magazine, a

11   trading magazine.

12        Q.   So aside from that one purchase -- what

13   was the trade magazine, by the way?

14        A.   Equipment Trading, I think the name of it

15   was.  I'm not sure exactly, I think Equipment.

16        Q.   So aside from that one, it was all through

17   Machinery Trader.

18        A.   Yes, sir.

19        Q.   And it was all through their website,

20   right, Machinery Trader.com?

21        A.   Yes, sir.

22        Q.   So you're extremely familiar with the

23   website.

24        A.   Yes, sir.

25        Q.   You've purchased equipment from sellers

Page 18

1        A.      There is a lot of companies on the Net.

2        Q.      But you used Machinery Trader.com

3    exclusively.

4        A.      Yes, sir.

5        Q.      Have you ever been to Rock and Dirt.com?

6        A.      I don't remember.

7        Q.      Have you ever heard of it?

8        A.      No, I never heard of it.

9        Q.      Do you ever go to Equipment Trader

10   Online.com?

11       A.      Maybe, I'm not sure.

12       Q.      You don't recall?

13       A.      No.

14       Q.      Ever go to Iron Planet.com?

15       A.      Maybe.  I look through the Net, you know,

16   before I buy equipment, but I usually used Machinery

17   Traders.

18       Q.      What about Ritchie Brothers Auction.com?

19       A.      Yes, I looked at that but I never buy

20   anything from it.

21       Q.      Going back to the time frame of when you

22   first started getting into equipment trading to the

23   day you stopped, how many days per week would you

24   say you reviewed Machinery Trader.com?

25       A.      Every day.

Page 19

1      Q.   How many hours per day?

2      A.   Maybe one hour, half an hour a day.

3      Q.   When did you first hear of Machinery

4   Trader.com; when did you first hear about it?

5      A.   Through the Net when I started this

6   business.  I wanted to buy heavy equipment and

7   that's when I found out about Machinery Trader.

8      Q.   And how did you hear about it?

9      A.   Through the Net.

10     Q.   Just a random search?

11     A.   Yes.  I searched equipment and it give me

12   different company.  I looked through Machinery

13   Trader and I see what they have and I start dealing

14   with them.

15     Q.   And it's your testimony that you first

16   started using it in 2008.

17     A.   Yes, sir.

18     Q.   Do you remember the month?

19     A.   Not exactly sure, maybe May or August,

20   something like this.

21     Q.   And you bought equipment from Machinery

22   Trader.com for the sole purpose to selling it to

23   someone else for a profit.

24     A.   Yes, sir.

25     Q.   How many machines do you believe that you

Page 20

1   have purchased off of Machinery Trader.com?

2       A.   Around 15.

3       Q.   When you purchase a machine do you already

4   have a purchaser lined up or do you maintain an

5   inventory?

6       A.   No, I sell one at a time, two at a time

7   that's -- when they sell them they send me the money

8   and I sell more.

9       Q.   I'm not sure that's responsive to my

10  question.

11          When you -- now, we're going to basically

12  go back into the time when you were buying and

13  selling heavy equipment.  When you would buy a piece

14  of equipment, did you already have your purchaser in

15  Egypt lined up or would you maintain an inventory of

16  equipment?

17      A.   No, I didn't have somebody lined up, you

18  know, but I buy it, I sell it.  I don't buy a lot of

19  equipment, one or two at a time.  I send them.  When

20  I sell them, then I buy more.

21      Q.   So once the one's out the door, you buy

22  the next one.

23      A.   Yes.

24      Q.   How much money would you say El Talla has

25  profited from machines that it has purchased from

1   using Machinery Trader.com, on a given day when you

2   go on the website, are you looking for a particular

3   piece of equipment?

4      A.  Yes, sir.

5      Q.  Is it because you have buyers lined up

6   waiting for you to pick up a particular piece of

7   equipment?

8      A.  That's what sells there, you know.  Three

9   equipment and one kind of generator.  I buy 966E,

10   950E, 936E and generators, 3412.  That's the only

11   pieces I buy.

12      Q.  Okay.  Let's go over those again.  966E,

13   956E, and what was the third one?

14      A.  936E.  And I bought three forklifts.

15      Q.  Three forklifts?

16      A.  Yes, sir.

17      Q.  So 966E, that's a wheel loader.

18      A.  All of them wheel loaders.

19      Q.  956E?

20      A.  Wheel loader.

21      Q.  And 936 E?

22      A.  Wheel loaders.

23      Q.  And, I'm sorry, maybe I don't --

24  forklifts?

25      A.  Forklifts, yes.

Page 27

1        Q.    Are those different?

2        A.    They're lifts.

3        Q.    Okay.  So what types of forklifts did you

4    buy?

5        A.    Caterpillar.

6        Q.    Did they have model numbers also?

7        A.    It's on the receipts you have.  I mean, I

8    have a bill of sale for three of them, you have the

9    receipts for them.  They have different numbers.

10       Q.    So those were kind of three different

11   purchases.  You've purchased three forklifts.

12       A.    Yes, sir.

13       Q.    But generally you would be looking for

14   these three different types of wheel loaders?

15       A.    Yes, sir.

16       Q.    And there was also a generator?

17       A.    Yes, sir.

18       Q.    And what was the model number of that?

19       A.    3412, Caterpillar.

20       Q.    These were all Caterpillar equipment,

21   right?

22       A.    All Caterpillar, yes, sir.

23       Q.    And what about years, were you looking for

24   specific years?

25       A.    No.  I mean, newer than '90, 1990.  Then

1    check Machinery Trader.com?

2         A.   No, I don't even meet the buyers.  I have,

3    you know, somebody there sell them.  I send them to

4    a company there and they sell them and they send me

5    the money.  I don't go to Egypt to sell them in

6    Egypt.  I don't go there.

7         Q.   What's the name of the company that you

8    have in Egypt that sells the equipment for you?

9         A.   You have the papers.  When you see the

10   shipping it goes to Alshanwaee company.

11        Q.   Could you spell it for me?

12        A.   I'm not sure about the right spelling, but

13   you have it in the -- when you look at the shipping,

14   you see it going to Alshanwaee.

15             MR. HANSON:  Can you guess at the

16        spelling?

17             THE WITNESS:  A-l-s-h-a-n-w-a-e-e, I

18        think.  I'm not exactly sure about the

19        spelling.  When you look at the shipping.

20             MR. HANSON:  What I see on the shipping is

21        right here.  That's it.  That's all I have

22        right there.

23             MR. STICKNEY:  Show him what you're

24        reviewing.

25             MR. SALNER:  Why don't we go off the

1   who's selling the equipment, you have them ship it

2   to Alshanwaee in Egypt?

3        A.   Yes, sir.

4        Q.   And then Alshanwaee sells it for you.

5        A.   Yes, sir.

6        Q.   So you pay the money to the seller.

7        A.   Yes, sir.

8        Q.   Who pays money to you?

9        A.   When they sell the equipment, they wire

10   transfer the money to me.

11       Q.   Alshanwaee wires it or does the buyer?

12       A.   No, no, Alshanwaee, they send it to me.

13       Q.   And you pay Alshanwaee -- I assume you pay

14   them some money for the service --

15       A.   Yes, sir.

16       Q.   Let me finish my question.  Remember it's

17   important.

18       A.   Sorry.

19       Q.   Okay.  You pay them a fee for receiving

20   the equipment and selling it for you.

21       A.   Yes, sir.

22       Q.   And do they completely handle selling it

23   in terms of finding a customer and they do all that

24   for you?

25       A.   Yes, sir.

Page 32

1    Q.    They're essentially a broker.

2    A.    Yes, sir.

3    Q.    And what's the fee that you pay Alshanwaee

4    on a given piece of equipment?

5    A.    Usually he take half of the profit what I

6    make.

7    Q.    And when you told me earlier that you make

8    about 4 to $5,000 per equipment, that's the profit

9    you make, correct?

10   A.    Yes, sir.

11   Q.    So the real profit is like 9 or 10,000,

12   you split that with Alshanwaee.

13   A.    He takes -- because it's his company, he

14   pays fees to get the equipment out.  And this count,

15   you know, from his profit.  I mean, like if we send

16   the machine, we make 10,000, he pay expenses, but I

17   take half of the money and he pays the expenses from

18   his half.

19   Q.    So you have no contact with the ultimate

20   buyer of the equipment, do you?

21   A.    Yes.  The buyer, no, the seller.  The guy

22   he sells there, sorry.

23   Q.    The person who Alshanwaee sells it to,

24   that buyer, you don't know who they are, you don't

25   speak to them, correct?

1      A.   No.

2      Q.   So when you're on Machinery Trader.com and

3  you want to locate a particular piece of equipment,

4  what factors are you evaluating to see if it is

5  something you want to purchase?

6      A.   The year, I look at the year, the price,

7  and how good is the equipment.

8      Q.   How good is the equipment?

9      A.   Yeah.  I mean, I look at the tires and how

10  many hours on the machine.

11     Q.   The amount of prior use?

12     A.   Yes.

13     Q.   The less use, the more value, correct?

14     A.   Yes, sir.

15     Q.   You look to make sure it's the right

16  model?

17     A.   Yes, sir.

18     Q.   And you look to make sure it's the right

19  manufacturer?

20     A.   Yes, sir.

21     Q.   And then you say you look at the tires,

22  that means like if someone posts photographs, you're

23  closely looking at those photographs.

24     A.   Yeah, you see the tires on the Net.  You

25  see the look, you know.  You see how they look, you

1    know.  Because usually it shows how good is the

2    machine on the Net.

3         Q.   What about the serial number?

4         A.   Yes.

5         Q.   You look to make sure you get a serial

6    number?

7         A.   Yes, sir.  All the receipts have a serial

8    number.  They have to put the serial number.

9         Q.   Do you know what UCC stands for in the

10   construction equipment market?

11        A.   UCC?

12        Q.   Yes.

13        A.   No.

14        Q.   So you've never done a UCC search?

15        A.   I don't know what's UCC.

16        Q.   Have you ever done a lien search on

17   construction equipment?

18        A.   No.

19        Q.   Do you know what a lien search is?

20        A.   Yes.

21        Q.   And what's your understanding of what a

22   lien search is?

23        A.   If the machine has a lien against it.

24        Q.   But you've never checked to see if the

25   machine had a lien search done on it -- excuse me --

1    strike that.

2          You've never done a lien search on

3    equipment?

4          A.   No.

5          Q.   Why not?

6          A.   If there is a lien on the machine, I mean,

7    he can't sell the machine if there is a lien on it.

8          Q.   But you don't do anything to verify that

9    there is no lien on it.

10         A.   Because the shipping companies check that

11   before they ship it.  They have to make sure the

12   machine is clean for shipping, otherwise, it doesn't

13   go through the port.

14         Q.   So it's your understanding that the

15   shipping company does the lien search?

16         A.   Yes, sir.  The shipping company check

17   everything before -- if there's a lien or anything,

18   they can't ship it outside of the country.

19         Q.   The shipping company, do you always use

20   the same shipping company?

21         A.   All of them, the same company.

22         Q.   Now, you're talking about the shipment

23   from the seller on Machinery Trader, you use a

24   shipping company?

25         A.   The shipping company take it from where I

Page 36

1    buy it from to get it all the way to the port in

2    Egypt.

3         Q.   Now, don't you purchase equipment from

4    people in different geographical regions?

5         A.   Yes, sir.

6         Q.   But your shipping company has locations in

7    all those regions?

8         A.   You can buy it anywhere and they get it

9    for you and they ship it.  You just give them the

10   address, the name of the company, and they get the

11   machine, the containers, they send it, they do all

12   the papers themselves.  They check the papers to the

13   government to make sure that the machine is clean,

14   doesn't have any problem and they send it.  I mean,

15   this is what their field, you know, they have to

16   check everything.  Because they can't buy a machine

17   and then the machine have problems, then they can't

18   send it.  They have to clear the machine before they

19   can put it in a container and send it.

20        Q.   And how much do you pay the shipping

21   company for each sale?

22        A.   Around 4,000 for each container.

23        Q.   Have you ever done a search to check if

24   the machine is stolen?

25        A.   Machine is stolen?

Page 37

1      Q.   Yes.

2      A.   Usually they list stolen machines on

3  Machinery Trader, but, no.  I mean, the machine is,

4  you know, when you get the serial number, you give

5  the bill of sale to the company, the shipping

6  company, they check everything for...

7      Q.   Do you have any paperwork from the

8  shipping company in terms of, like -- well, let me

9  ask you this:  Do you have written agreements with

10  the shipping company?

11      A.   Written agreement?

12      Q.   Yes.

13      A.   No.

14      Q.   Do you have any documents from the

15  shipping company that discusses all the services

16  that it provides?

17      A.   No.

18      Q.   What's the name of the shipping company

19  that you use?

20      A.   Overseas Group.  What's the name.

21          MR. HANSON:  Crescent Line.

22          THE WITNESS:  Crescent Line.  They call it

23      Overseas Group.  I usually deal with Jason

24      Fielder.

25

1    Q.   Okay.  There's actually -- I'm glad you

2   mentioned that.  They actually advise people, advise

3   viewers like yourself, that they've looked at the

4   place; isn't that right?

5    A.   Machinery Trader, yes, they say that.

6    Q.   They tell you when they've done it,

7   correct?

8    A.   Yes, sir.

9    Q.   And if it doesn't tell you that they did

10   it, presumably, they haven't seen the seller's

11   place; is that correct?

12    A.   Machinery Trader they check every place

13   they put the ad on, physically they check the place.

14    Q.   You think they check every place?

15    A.   That's what they say.

16    Q.   Okay.  Let's take a look.

17        MR. HANSON:  Are you going to take a

18    minute, because I'm going to run to the

19    restroom.  Are you going to look it up or you

20    have it right now?

21        MR. SALNER:  I'm having a little bit of

22    trouble with my connection here, but --

23        MR. HANSON:  Let's just take a minute.

24        MR. SALNER:  Okay.

25        (A brief break was taken.)

Page 47

1    BY MR. SALNER:

2         Q.    Can you see that pretty well?

3         A.    Yes.

4         Q.    Okay.  So we were just talking a few

5    moments ago about a typical equipment purchase, and

6    you said you never inspect the equipment personally,

7    correct?

8         A.    No.

9         Q.    You're spending tens of thousands of

10   dollars for equipment, but you don't want to spend a

11   few hundred dollars for a plane ticket to look at

12   your investment?

13        A.    I usually don't go.  I just buy it and

14   send the shipping company.  They check it and they

15   take it.

16        Q.    And I'm sorry, we've got to be clear on

17   this point, because you said "never" before and now

18   you said "usually."  Have you ever --

19        A.    No.

20        Q.    Never?

21        A.    No.

22        Q.    Let me finish my question.  You've never

23   inspected a piece of equipment before purchasing it,

24   personally?

25        A.    No, physically, no.

Page 56

1   investigate the serial number?

2       A.   They investigate the serial number to see

3   if they match the machine or doesn't match the

4   machine.

5       Q.   Do you do any other investigation on the

6   seller, like, do you call other references?

7       A.   I do.

8       Q.   Be more specific.

9       A.   I call the shipping company, usually ask

10  about the companies I'm buying from, and they

11  usually know most of them.

12      Q.   And when do you call the shipping company

13  to --

14      A.   When I find the machine, I call if the

15  machine is available.  I call the shipping company

16  about the company.

17      Q.   That's before you purchase?

18      A.   Before I purchase.

19      Q.   We know, and we're going to talk a lot

20  about it, that you called Machinery Trader.com to

21  ask about MSR, correct?

22      A.   Yes, sir.

23      Q.   Have you ever called Machinery Trader.com

24  about any other piece of equipment you were going to

25  buy?

Page 69

1      Q.   Talking to what guy?

2      A.   To the seller for that generator.  We were

3  talking about it before that happened.

4      Q.   So it was already in progress.

5      A.   Yes, sir.

6      Q.   And you completed that sale.

7      A.   Yes, sir, on that, yes.

8          MR. SALNER:  Let's go -- actually, why

9      don't we take a quick break.

10          (A brief break was taken.)

11  BY MR. SALNER:

12      Q.   All right. So we're going to talk about

13  this transaction, the one with MSR.

14      A.   Yes, I see.

15      Q.   October 22, 2009 you saw an ad for a piece

16  of equipment that was for sale.

17      A.   Yes, sir.

18      Q.   And it was a used 1990 Caterpillar 966E.

19      A.   Yes, sir.

20      Q.   And do you recall the amount of use on the

21  equipment?

22      A.   The amount of use?

23      Q.   Use.

24      A.   The hours, you mean?

25      Q.   Yes.

1    equipment before, including model and year?

2         A.   Yes, sir.

3         Q.   Was this a good price for that model and

4    year of equipment with that much use?

5         A.   Yes, sir.

6         Q.   It was a very good price, wasn't it?

7         A.   Yes, sir.

8         Q.   Did you need to find this exact year and

9    model piece of equipment, or were you just browsing?

10        A.   No.  I usually look between '89 to '91.

11   You know, that's the years, after '89 or '88, '89.

12        Q.   We may have been over this before, but in

13   terms of the ultimate buyer in Egypt, you don't know

14   that buyer's name; I think you answered that,

15   correct?

16        A.   No.

17        Q.   You wanted to buy this piece of equipment

18   because it was a great deal, wasn't it?

19        A.   Yes, sir.

20        Q.   Because you could make a lot of money off

21   of it?

22        A.   Yes, sir.

23        Q.   What was your next step?

24        A.   I called MSR.  I talked to Sidney Vincent

25   about the price.  We --

Page 74

1   is still available before I say anything else.

2   If the equipment is not available, then I can't

3   say anything else.

4   BY MR. SALNER:

5       Q.   Okay.  You asked him if the equipment was

6   available.

7       A.   Yes.  He said, yes.

8       Q.   You asked him about the price.

9       A.   Yes.

10      Q.   Did you negotiate the price at that point?

11      A.   Yes, sir.

12      Q.   You negotiated it down $1,000.

13      A.   $1,000.

14      Q.   Was anything else discussed during that

15   first phone call?

16      A.   I asked him how good is the machine and he

17   tell me the hours, how good the machine, you know,

18   the tires, the paint.  If it's original paint or

19   not, that's very important.  We don't like painted

20   machines.

21      Q.   Anything else?

22      A.   That's it.

23      Q.   Did you tell him, Well, I'm going to get

24   back to you?

25      A.   Yes.  I said, I'm going to call you back.

Page 75

1    Q.   Did you ask him if he could hold the

2  equipment for you for a little while while you made

3  some other phone calls?

4    A.   I asked him for a bill of sale, first.  He

5  sent me a bill of sale.  Then I called the

6  shipping --

7    Q.   Okay.  Sir, let's go one at a time, okay?

8  I understand you want to tell your story, but we're

9  going to do it my way.

10       Is that everything that happened in that

11  first conversation?

12    A.   Yes.

13    Q.   You asked him for a bill of sale.

14    A.   Yes.

15    Q.   So he faxed you a bill of sale, e-mailed

16  it to you?

17    A.   E-mailed it.

18    Q.   He e-mailed you a bill of sale.

19    A.   Yes.

20    Q.   Did you wait to get that bill of sale

21  before you contacted the shipping company?

22    A.   Yes.

23    Q.   So the sequence is phone call with Mr. --

24  did the gentleman identify himself as Sidney

25  Vincent?

Page 76

1      A.    Yes, Sidney Vincent.

2      Q.    Did you ask to speak with anybody else?

3      A.    No.

4      Q.    Did you identify yourself, give your name?

5      A.    Yes.

6      Q.    Okay.  So he e-mailed you the bill of

7  sale.  How long did it take between the phone

8  conversation and receiving the bill of sale?

9      A.    Maybe a half an hour.

10     Q.    So as soon as you get the bill of sale,

11  you called the shipping company.

12     A.    Yes, sir.

13     Q.    And, again, the name of the shipping

14  company is Crescent Line, Inc.

15     A.    Yes, sir.

16     Q.    Do you always speak with the same guy?

17     A.    Yes, sir.

18     Q.    And his name is Fielder, Jason Fielder?

19     A.    Jason Fielder, yes.

20     Q.    Did you speak to Jason that day?

21     A.    Yes, sir.

22     Q.    So you told him the name of the company.

23     A.    Yes, sir.

24     Q.    You sent him the bill of sale.

25     A.    Yes, sir.

Page 77

1      Q.    Was that by e-mail or a fax?

2      A.    Fax.

3      Q.    And said, "I need you to run a check on

4   this."

5      A.    Check the company, yes.

6      Q.    What about the equipment?

7      A.    To check the equipment?  First, I'll check

8   the company.  If the company is...

9      Q.    So you asked him to check the company.

10     A.    Yes, sir.

11     Q.    Did he have to get back to you?

12     A.    He did, yes.

13     Q.    Did anything happen relating to this

14   purchase between the time you got off the phone with

15   Jason and the time he got back to you?

16     A.    What happened?

17     Q.    Yes.  Well, the way you're saying was that

18   you sent him the bill of sale and asked him to check

19   out the company.

20     A.    Yes.

21     Q.    And you got off the phone.

22     A.    Yes.

23     Q.    And you waited to hear back from Jason?

24     A.    Yes, sir.

25     Q.    Did you do anything relating to this sale

Page 78

1    before you heard back from Jason?

2         A.    No.

3         Q.    So Jason calls you back.

4         A.    Yes.

5         Q.    What did he tell you?

6         A.    He said he didn't hear about this company.

7         Q.    What else?

8         A.    That's it.  I called --

9         Q.    Wait.  That's it?

10        A.    Yeah.  He told me he didn't hear about

11   this company.  He told me usually Machinery Trader,

12   he never have any problem dealing with them.

13        Q.    So Jason told you, one, that he's never

14   heard of this company.

15        A.    Yeah.

16        Q.    Two, that he's never had a problem in his

17   experience with machines listed on Machinery

18   Trader.com.

19        A.    Yes, sir.

20        Q.    Even when -- did he say even when he's

21   never heard of the company or when --

22        A.    Yeah, when he said that, he told me he

23   never hear of the company.  Then he told me he never

24   have any problem dealing with Machinery Trader, when

25   the customer buy from Machinery Trader.

1    Q.   And out of the 14 or 15 pieces of

2    equipment you bought off of Machinery Traders, is

3    this the first time that Jason had never heard of

4    this company that was selling the equipment?

5    A.   No, some of them he don't hear of.

6    Q.   How many others?

7    A.   I'm not sure.

8    Q.   Was it one?

9    A.   Maybe two.  One, two, three.  I'm not

10   sure.  I can't tell you.

11   Q.   Those other times where Jason hadn't gone

12   through -- hadn't heard of the seller, did you go

13   through with the sale?

14   A.   Yes.

15   Q.   Just because?  Why did you do that if your

16   shipping company had never heard of the seller?

17   A.   I called them and asked about the company

18   and, you know, I ask him question.  I feel that the

19   company is, you know, okay.  I mean, I see more ads

20   in the company.  I checked, you know, how many

21   equipment they have.  I mean, I checked on it in the

22   Internet.

23   Q.   So in those instances, in the prior

24   instances where you said it's between one and three,

25   when -- strike that.

1          When Jason says he's never heard of the

2    company, are you just asking him if he's ever heard

3    of the company or is he doing any type of check?

4          A.    No, he's asking his drivers, the people

5    who pick up the machines for the companies.  That's

6    what he asked.

7          Q.    So with respect to these, one to three

8    other times when Jason had never heard of the

9    company, you said you speak further with the seller?

10         A.    Yeah.  I look at their other ads and see

11   what they have and what they don't have, yes.

12         Q.    And you wouldn't have been comfortable

13   with making those purchases unless you had done that

14   additional work on your own.

15         A.    Yes.

16         Q.    Which consisted of maybe speaking to them

17   again, looking at their other ads.

18         A.    Other ads.

19         Q.    When you say "other ads," do you mean

20   other ads on Machinery Trader?

21         A.    Yes, sir.

22         Q.    What about otherwise on the Internet?

23         A.    No, just the Machinery Trader.

24         Q.    And just to be clear, on the first

25   discussion with Mr. Vincent, you didn't start

Page 82

1      A.   Yeah, the price is about $10,000 less than

2  what they really are.  I buy generators sometimes

3  20, 30,000 less than, you know, from each other.  I

4  mean, it varies.

5      Q.   On this Machinery Trader website where it

6  says, "Don't be a target of Internet scams," which

7  you said you've seen this page before, do you

8  remember that?

9           MR. HANSON:  I'm going to object, just

10          because of the date, the date has changed.  So

11          it's not necessarily what he read before.

12          MR. SALNER:  That's fine.

13  BY MR. SALNER:

14      Q.   You testified earlier that you've seen

15  this page before; is that correct?

16      A.   Yeah, I looked at those.

17      Q.   You see where it says, "Take your time and

18  research your purchase first, it can save you

19  thousands of dollars," and there are three bullet

20  points here, right?

21      A.   Yes.

22      Q.   And what's the first bullet point here

23  say?

24      A.   If this deal seems to good to be true, it

25  is.  If you don't know the buyer/seller, investigate

1   them throughly.  I did investigate them thoroughly

2   through Machinery Trader when I called the listing

3   agent.

4       Q.  By the way, when you had your first

5   conversation with Mr. Vincent, did he make it seem

6   to you that, you know, we've got to get this deal

7   done.  Was he pressuring you to close the deal

8   quickly?

9       A.  No.

10       Q.  All right.  So you get off the phone with

11   Jason and you said you next called Machinery

12   Trader.com.

13       A.  Yes, sir.

14       Q.  Because you were skeptical.

15       A.  Yes, sir.

16       Q.  Tell me exactly what happened as soon as

17   you called Machinery Trader.com.

18       A.  I called Machinery Trader.  I called --

19   they answered, help desk, I think they answered me.

20   And I asked about this listing.  They told me that

21   Shawn, the one he list the equipment.  They, you

22   know, transferred me to Shawn.  I asked Shawn about

23   the ad.

24       Q.  I'm sorry, but is it maybe Shane?

25       A.  Shane.  I asked him about the ad.  I told

1   him there is equipment listed in Machinery Trader

2   you listed, it's very good price.  Exactly I told

3   him, it's very good price.  And I want to make sure

4   that the company is existing and it's legit.  He

5   told me exactly.  He checked everything and the

6   company is very legit.  Go ahead and buy it.  I

7   said --

8        Q.   He said, go ahead and buy it?

9        A.   Yes.  And I asked him again, are you sure

10  about it?  He said, yes.  That's when I went ahead

11  and bought it.  Because of the price, I called them

12  and I made sure.

13       Q.   So it's your testimony that Shane told you

14  to go ahead and buy it?

15       A.   Yes, sir.

16       Q.   And then you get off the phone with

17  Machinery Trader.

18       A.   Yes, sir.

19       Q.   And what happened next?

20       A.   Then I called Jason.  I called Jason again

21  and --

22       Q.   I'm sorry.  I'm sorry, could you -- strike

23  that question.

24            Did you speak to a manager at Machinery

25  Trader?

Page 86

1      Q.   Sir, did you give him your number or not?
2  I'm not asking whether he asked for it.   I'm
3  asking --
4      A.   I'm not sure if I give it to him really or
5  not.
6      Q.   If you don't recall --
7      A.   I do recall, but if he asked for the
8  number, I would have given to him.
9      Q.   You didn't give him a fax number?
10     A.   If he didn't ask, no.
11     Q.   You didn't give him an e-mail address?
12     A.   If he didn't ask, no.
13     Q.   Okay.  So you're off the phone with
14 Machinery Trader and you said you contacted Jason
15 again.
16     A.   Yes, I called Jason.  I told him what I
17 did because he told me he didn't know about the
18 company.  I told him I called Machinery Trader and I
19 talked to the guy who lists the equipment, and he
20 assured me that the company is very legit.  And, you
21 know, he said, okay, go ahead.  Then he assured me.
22 And then he told me again that the company, he never
23 have any problems with Machinery Trader listing,
24 because they make sure that the company is very
25 legit when they put it in their ad.

Page 87

1      Q.   Okay.  So what happened when you got off
2  the phone with Jason?
3      A.   Then I called Vincent and I made the deal.
4  I told him I'm going to buy the equipment.  I have
5  the bill of sale, sign it -- for him to sign it.  He
6  signed it.  Then I signed it.  I wire transferred
7  him the money the next day.
8      Q.   Did you ask Mr. Vincent for any other
9  references since your shipment guy had never heard
10  of him?
11      A.   Like what other references?
12      Q.   We talked about references earlier, other
13  people you've sold equipment to.
14      A.   I got the assurance I want from the
15  listing guy.
16      Q.   Sir, it's a yes or no question.  Did you
17  ask Mr. Vincent for any other references?
18      A.   No.
19      Q.   Did you check to see if he had any other
20  pieces of equipment listed on Machinery Trader.com?
21      A.   No.
22      Q.   Did you do any Internet research on MSR?
23      A.   Internet research?  No.
24      Q.   Did you do any Internet research on
25  Mr. Vincent?

1      Q.   So in this conversation with Mr. Vincent,

2  did you completely agree to buy all three pieces of

3  equipment?

4      A.   Yes, sir.

5      Q.   So you agreed to buy them before you even

6  sent those other two -- the information on the other

7  two to Jason.

8      A.   No, first I bought the one that's listed.

9  And then, I think, three days later I bought the

10 other ones.  I don't buy them in the exact same

11 time.  First, I bought the one that's listed in

12 Machinery Trader.

13     Q.   Was there more than one wire transfer?

14     A.   Yes, three wire transfers.  For each

15 machine a different wire transfer.

16     Q.   So the same day -- did you do the wire

17 transfer, the first wire transfer, that very first

18 day?

19     A.   Second day.

20     Q.   So the next day?

21     A.   Yes.

22     Q.   And where did Mr. Vincent say he was

23 located?

24     A.   In Canada.

25     Q.   You never dealt with him before,

Page 91

1    obviously?

2        A.   With this guy, no.

3        Q.   Never dealt with MSR before?

4        A.   No.

5        Q.   Had you ever purchased equipment from

6    someone in Canada?

7        A.   Yes, sir.

8        Q.   How many times?

9        A.   Two times.

10       Q.   And, again, you felt no need to go and

11   inspect the equipment yourself?

12       A.   No, I don't inspect them, no.

13       Q.   Instead you called Machinery Trader.

14       A.   Not to inspect the equipment from

15   Machinery Trader, to make sure that the company is

16   legit.  Not to inspect the equipment for me.

17       Q.   You called them one time before wiring

18   $108,000 to a total stranger, correct?

19       A.   I called them, yes.

20       Q.   And, again, this is the first time you had

21   ever called Machinery Trader.com, right?

22       A.   Yes, sir.

23       Q.   Did you ask -- when you spoke to Shane,

24   did you ask him at all about whether he had any

25   experience purchasing heavy equipment?

Page 92

1      A.   No.

2      Q.   So you're not aware of him having any

3  experience with it?

4      A.   Buying equipment?  No.

5      Q.   You have a lot of experience buying

6  equipment for strangers, right?

7      A.   Strangers listed in Machinery Trader,

8  they're not strangers to Machinery Trader.

9      Q.   Strangers to you.

10     A.   Strangers to me but I go with what they

11 have in the Machinery Trader.

12     Q.   Strangers to you, correct?

13     A.   Yeah, they're strangers to me, yes.

14     Q.   By the way, how much -- during the time

15 when you were buying and selling heavy equipment you

16 said your other source of income was rent, correct?

17     A.   I have another gas station.  I have rent.

18 I have another gas station.

19     Q.   And how much does El Talla make in rent

20 from that gas station?

21          MR. HANSON:  Objection.  Is that relevant?

22          MR. SALNER:  Yeah.

23          MR. HANSON:  Why?

24          MR. SALNER:  Well, relevance isn't the

25     reason not to answer the question.  So, I mean,

Page 99

1    Q.   And it wasn't until Shane told you he

2    thought they looked legit that you felt ready to

3    buy.

4    A.   He didn't tell me that he thought, he said

5    that he's very sure that the company's very legit.

6    Q.   It wasn't until that point that you were

7    ready to buy.

8    A.   Yes.

9    Q.   So what happened?  You wired -- the first

10   wire went out on the second day, correct?

11   A.   Uh-huh.

12   Q.   What happened next?

13   A.   Then the shipping company take over.  They

14   called Vincent and make appointment to pick up the

15   machines.

16   Q.   Did you speak to anyone -- did you speak

17   to Jason to confirm that this happened?

18   A.   This happened, what?

19   Q.   Did you confirm with Jason that he spoke

20   to Mr. Vincent to arrange to pick up the machines?

21   A.   Yes, he called him.  Jason called Vincent.

22   Q.   How do you know that?

23   A.   He told me he called him and he make

24   appointment when to pick up the machine.  You know,

25   he have to do the papers.  When he do the papers, he

1  conferred with Jason about the first wire transfer.
2  What happened next after you sent the wire
3  information --
4       A.   The same thing, you know, I sent him the
5  bill of sale or the wire transfer for the three
6  equipment and he supposed to pick them up.  He
7  called before the pick up, Sidney, he don't answer
8  the phone.  He send the trucks.  I have the e-mail
9  from him that it's a dry spell.  He sent me an
10 e-mail that the place doesn't exist.  Then --
11      Q.   So you did the three wire transfers --
12      A.   Yes, sir.
13      Q.   -- and sent three transfer confirmations
14 to Jason.  Was it the same day or a day later, two
15 days later?  When did you hear from say Jason saying
16 that MSR doesn't exist?
17      A.   I think it's the 30th, or the 1st of
18 November.
19      Q.   So it's about week later.
20      A.   Yeah, it takes usually one week or two
21 weeks to pick up the machines, yes.
22      Q.   So Jason calls you to tell you that MSR
23 doesn't exist.
24      A.   I have -- Jason was on vacation.  I have
25 an e-mail from the company that they have a dry

1   spell or...

2        Q.   Some sort of term of art that they use to

3   indicate --

4        A.   Yeah, dry spell that they went and they

5   don't find the place, the place doesn't exist.

6        Q.   Do you know where the equipment was

7   supposed to be shipped?

8        A.   To Egypt.

9        Q.   Well, where was Sidney Vincent supposed to

10  send it?

11       A.   The shipping company pick up the machine

12  from the place.  Vincent doesn't ship anything.  The

13  shipping company go and pick up the machine from the

14  place and they ship it.

15       Q.   So they weren't able to find Mr. Vincent?

16       A.   Uh-huh, yeah.

17       Q.   What did you do next?

18       A.   When I heard that I called Toronto Police.

19  I gave him the address and information and the

20  police went there.  And he said this is a scam,

21  there's no company exist in this address.

22       Q.   That's what he told you, the police told

23  you that?

24       A.   Yes.

25       Q.   You heard it directly from the police?

1       A.   Yes.

2       Q.   And what did you do?

3       A.   The same day I called private investigator

4   to investigate, you know, where is this company

5   about Vincent and see if, you know, we can catch him

6   or do anything.  The investigator said I can't take,

7   you know, cases from another country.  Then the same

8   day the police in Toronto told me I have to go make

9   a police report.  Where do you live?  Then you send

10  me the police report.  I went on the same day I made

11  the police report in Miramar.  Then I called the FBI

12  and the same day I told them what happened.

13      Q.   What did the FBI tell you?

14      A.   The FBI told me, you know, there's scams

15  like this, we can't do anything about it.  They

16  said, we can't do anything about it because it's not

17  in United States, happen in Canada.  The

18  transaction, you know, he said we can't do anything

19  about it.  We can't interfere with the banks, he

20  said exactly, we can't go tell the bank to stop the

21  payments or anything.

22           I went to the bank.  I tried to stop the

23  payments and they said, you know, the payments went

24  through and we can't stop, you know, stop the

25  payments after they go through.  And, you know, the

Page 104

1    last one wasn't even 24 hours and my bank tried to
2    stop it, but the bank in New York, they wouldn't
3    stop it.
4        Q.   Did you attempt to call Mr. Vincent --
5    strike that.
6            The three wire transfers, what was the
7    timing of the three transfers in terms of how far
8    apart they were?  Were they days apart?
9        A.   Three days and the other one, one day.
10   All of them around four days between them, four or
11   five days.
12       Q.   So all three transactions took place
13   within about four to five days.
14       A.   Yes, sir.
15       Q.   Did you contact Mr. Vincent after the
16   first wire to confirm whether he received the wire
17   transfers?
18       A.   Yes.
19       Q.   So you were able to reach him the first --
20       A.   Yeah, I was able to reach him on the
21   phone, yes.
22       Q.   And then did you call him again after the
23   second wire transfer?
24       A.   Yes.
25       Q.   Did you call him again after the third?

Page 105

1    A.   Yes, sir.

2    Q.   Did you try to call him again after you

3    heard from your shipping company that the company

4    didn't exist?

5    A.   Yes.

6    Q.   And what happened?

7    A.   He wouldn't pick up his phone.

8    Q.   It just rang?

9    A.   It rings yeah, but he don't pick it up.

10   Q.   Did you try to e-mail him?

11   A.   No, I don't e-mail him.  I called him.  I

12   called the police.  The fax number -- I used to deal

13   with him with the fax.  He e-mail me, I fax him, you

14   know.  I called the police, you know, found out

15   where's the number, the fax number.  The fax number

16   listed in Kentucky and I called the police station

17   in Kentucky about the fax number.  He said, this is

18   not listed in this name.

19   Q.   So once you contacted the police and the

20   FBI and the bank, what happened next?

21   A.   Nothing.  I mean, I tried to call the

22   police.  I called the police in Kentucky after that.

23   I tried to the bank to get the money and nothing

24   happened after that.

25   Q.   And you called Machinery Trader.