UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

EL TALLA TRADING, INC.,
a Florida corporation,

    Plaintiff,

Case No. 09-62004-CV-ZLOCH/ROSENBAUM

v.

SANDHILLS PUBLISHING COMPANY,
d/b/a MACHINERY TRADER,
a Nebraska corporation,

    Defendant.
_____/

## DECLARATION OF CHUCK LEWIS

1. I have personal knowledge of the matters set forth herein.

2. I am a Department Manager for Machinery Trader, a publication owned and operated by Sandhills Publishing Company ("SPC"). I have worked for SPC for the past 15 years.

3. Machinery Trader operates a website located on the Internet at www.machinerytrader.com ("Machinerytrader.com").

4. Machinerytrader.com is an Internet bulletin board where sellers of heavy equipment post advertisements for the sale of their equipment. For no charge, buyers can review the advertisements, contact the seller, and negotiate transactions.

5. SPC is not a party to any transactions between the buyers and sellers of heavy equipment posted for sale on Machinerytrader.com.

6. On its homepage, Machinerytrader.com has a link highlighted in yellow which states "Beware of Internet Scams."



EXHIBIT B

CASE NO. 09-62004-CV-ZLOCH/ROSENBAUM

7. A user who clicks the "Beware of Internet Scams" link on Machinerytrader.com is routed to a page with the heading "Don't be a Target of Internet Scams!" The page was last updated on January 12, 2009, and goes on to provide several warnings to users, including the following:

   a. Take your time and research your purchase first—it could save you thousands of dollars!

   b. If a deal seems to be too good to be true, it is.

   c. If you don't know the buyer/seller, investigate them thoroughly.

   d. Don't be influenced by an extreme sense of urgency by the other party. A scammer will often try to pressure you into making a quick decision.

   e. WARNING: *Machinery Trader* and MachineryTrader.com offer NO "Buyer Protection" programs or Guarantee/Warranty services.

   f. We provide paid advertising only, and we do not participate in any other facets of buy/sell transactions.

8. SPC does not own or operate a trade publication called "Equipment Trading" or "Equipment Trader."

9. SPC offers sellers one free advertisement on Machinerytrader.com for their first listing.

10. Shane Becker ("Becker") is a sales intern at SPC. He began working for SPC on September 23, 2009.

11. In October of 2009, Becker's primary job duty at SPC was to process and post free listings for first-time users of Machinerytrader.com.

12. In October of 2009, SPC employees, including Becker, were trained to post advertisements by first time users only if they could 1) reach them by telephone

2

and speak with the seller; and 2) check the seller's reported physical address against a white pages listing.

13. On October 23, 2009, SPC received a complaint from an unidentified customer that he had difficulty reaching an equipment seller named Sydney Vincent who, a day earlier, had obtained a free listing on Machinerytrader.com on behalf of his company MSR International, Inc. In an abundance of caution, SPC immediately removed Vincent's advertisement from Machinerytrader.com.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 9, 2010.

*[signature]*

Chuck Lewis
Department Manager, SPC