

Home | Register | Contact Us

## Don't Be A Target Of Internet Scams!

### Updated January 12, 2009

**MachineryTrader.com will never SEND EMAILS** asking you to divulge or update credit card numbers, bank account information, or other confidential or sensitive billing-related items. Ignore any such email requests. Call (800) 247-4898 or (402) 479-2144 if you have questions.

Take your time and research your purchase first—it could save you thousands of dollars!

- If a deal seems to be too good to be true, it is.
- If you don't know the buyer/seller, investigate them thoroughly.
- Don't be influenced by an extreme sense of urgency by the other party. A scammer will often try to pressure you into making a quick decision.

WARNING: *Machinery Trader* and MachineryTrader.com offer NO "Buyer Protection" programs or Guarantee/Warranty services. If you are instructed to send money to us as a part of any such program, do NOT do so. We provide paid advertising only, and we do not participate in any other facets of buy/sell transactions.

Also, be aware that *Machinery Trader* will not call or email you asking for proprietary information such as your username and password to the Web site. If you receive a phone call or email asking for that information, do not respond, and report the incident to your *Machinery Trader* representative.

**Home**    **Copyright & Legal Notice**    **Privacy Policy**    **Site Map**    **Contact Us**

Copyright © by Sandhills Publishing Company 2010. All rights reserved.



EXHIBIT D