UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

EL TALLA TRADING, INC.,
a Florida corporation,

      Plaintiff,                Case No. 09-62004-C8V-ZLOCH/ROSENBAUM

v.

SANDHILLS PUBLISHING COMPANY,
d/b/a MACHINERY TRADER,
a Nebraska corporation,

      Defendant.
_____/

## ORDER ON SPC's MOTION FOR SUMMARY JUDGMENT

This cause having come before the Court on Defendant, Sandhills Publishing Company d/b/a Machinery Trader's ("SPC") Motion for Summary Judgment, and the Court, having reviewed the Motion, and being otherwise fully advised in the premises, it is hereby ORDERED and ADJUDGED that Defendant's Motion is GRANTED. Final summary judgment is hereby entered in favor of Defendant SPC.

DONE and ORDERED in Chambers at Fort Lauderdale, Broward County, Florida this _____ day of _____, 2010.

                                              _____
                                              DISTRICT COURT JUDGE

Copies furnished electronically to:
John J. Hanson, Esq.
Robert Stickney, Esq.
Spencer Silverglate, Esq.
Craig Salner, Esq.