UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  : 09-62004-CIV-ZLOCH
JUDGE     : WILLIAM J. ZLOCH
TRIAL DATE:

EL TALLA TRADING INC.

    Plaintiff(s),             MEDIATORS REPORT

vs.

SANDHILLS PUBLISHING CO

    Defendant(s).

*******************************

COMES NOW James G. Gilmour, Esq., the undersigned certified Mediator from FLORIDA MEDIATION GROUP and reports to this Honorable Court:

The Mediation was held on: 12-15-2010 10:00.

**_X_**     AN AGREEMENT WAS REACHED.

       ____ Mediation Agreement attached, with the parties consent.

____     No Agreement was reached; Impasse.

____     The parties wish to continue settlement negotiations and may reconvene for a Continuation of the Mediation. Notice of the date, time and place shall be furnished to the parties and filed with the court. If no Notice of Mediation Agreement or Post-Mediation Agreement is filed on or before _____/_____/_____/ this matter shall be considered at an Impasse.

____     A Pre/Post-Mediation Settlement was reached, as per information received on ___/___/___, from _____.

____     Other:_____

_____

                s/Allene D. Nicholson
                Florida Bar Number 201553
                Email Barbara@FloridaMediation.com
                FLORIDA MEDIATION GROUP - FMG# 0-78908
                44 W. Flagler St., Suite 1900
                Miami, FL. 33130
                305.579.9990

Copies on December 20, 2010 to:
Clerk of Court
Counsel of record
medrept.cm